959 A.2d 909

COMMONWEALTH of Pennsylvania, Respondent

v.

Willie WALKER, Petitioner.

No. 60 EM 2008.

Supreme Court of Pennsylvania.

Nov. 3, 2008.

## ORDER

PER CURIAM.

**AND NOW,** this 3rd day of November, 2008, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro*

*Tunc* is **GRANTED.** Petitioner is directed to file his Petition for Allowance of Appeal within 30 days of this order.